1034

LESLIE RUTH KNAPP, *Appellant*, v. THE DEPARTMENT
OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–02401–5, James D. McCutcheon, Jr., J.,
entered September 9, 1983. *Affirmed* by unpublished opin-
ion per Ringold, A.C.J., concurred in by Grosse, J., and
Holman, J. Pro Tem.

JACQUELINE KNAPP, ET AL, *Plaintiffs*, v. JAMES V. GRUBB,
ET AL, *Appellants*, ST. PAUL FIRE AND MARINE
INSURANCE CO., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–17014–3, Terrence A. Carroll, J., entered
September 16, 1983. *Reversed* and *remanded* by unpub-
lished opinion per Webster, J., concurred in by Swanson, J.,
and Holman, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
GLENN WHITESTINE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84–1–00118–2, Patricia H. Aitken, J., entered
April 19, 1984. *Affirmed* by unpublished opinion per
Holman, J. Pro Tem., concurred in by Ringold, A.C.J., and
Swanson, J.